# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRENDA BLAIR, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>vs.<br><br>JSP INTERNATIONAL GROUP, LTD.,<br><br>    Defendant. | Case No. 2:25-cv-01665-JHS |

## PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Brenda Blair ("Plaintiff"), individually, and on behalf of the putative Class, respectfully moves the Court, pursuant to Federal Rules of Civil Procedure Rule 23(e), for an Order: (i) granting preliminary approval of the proposed Settlement, (ii) preliminarily certifying a class for purposes of the Settlement, (iii) appointing Plaintiff as Class Representative, (iv) appointing Scott Edward Cole of Cole & Van Note as Class Counsel, (v) approving the Parties' proposed form and method of giving notice of the pendency of this action and the Settlement to the Settlement Class, (vi) directing that notice be given to the Settlement Class, (vii) scheduling a hearing, at which time the Court will consider the request for final approval of the Settlement and request for attorneys' fees, expenses, and service awards to Plaintiff and (viii) granting such other relief as the

Court deems just and proper.

Defendant JSP International Group, LTD., does not object to the relief sought by Plaintiff.

This Motion is based upon the accompanying Memorandum of Law in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, and its exhibits thereto, including the Settlement Agreement and Release, the Declaration of Scott Edward Cole and all prior pleadings and proceedings properly before the Court.

Dated:  August 25, 2025                                  Respectfully submitted,

*/s/ Peter J. Biscontini*
Peter J. Biscontini
**THE BISCONTINI LAW FIRM**
400 Third Avenue, Suite 315
Kingston, PA 19704
Phone: (570) 283-7777
peter@biscontinilaw.com

*/s/ Scott Edward Cole\**
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, CA 94607
Phone: (510) 891-9800
sec@colevannote.com
*\*Pro hac vice forthcoming*

*Attorneys for Representative Plaintiff and the Plaintiff Class*

## **CERTIFICATE OF SERVICE**

I, Peter J. Biscontini, state that I filed a true and correct copy of the foregoing document via the Court's electronic filing system, which caused a copy to be served on all counsel of record.

Dated: August 25, 2025

*/s/ Peter J. Biscontini*
Peter J. Biscontini
**THE BISCONTINI LAW FIRM**
400 Third Avenue, Suite 315
Kingston, PA 19704
Phone: (570) 283-7777
peter@biscontinilaw.com