UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRENDA BLAIR, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>JSP INTERNATIONAL GROUP, LTD.,<br><br>Defendant. | Case No.: 2:25-cv-01665-JHS |

**PLAINTIFF'S MOTION FOR APPROVAL OF
ATTORNEY'S FEES, COSTS AND SERVICE AWARD**

Plaintiff Brenda Blair ("Plaintiff"), on behalf of herself and all others similarly situated, by and through her attorneys, respectfully moves this Court for an award of attorneys' fees in the amount of $100,000 and reimbursement of expenses in the amount of $2,518, to be paid by JSP International Group, LTD. Defendant does not object to the relief requested in this Motion. This Motion is made pursuant to Federal Rules of Civil Procedure Rule 23(h). Plaintiff submits the Declaration of Scott Edward Cole, Declaration of Brenda Blair and a supporting Memorandum of Law in Support of this motion.

1

Dated: November 14, 2025

/s/Mark T. Freeman
Mark T. Freeman, Esq.*
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Email: mtf@colevannote.com

Peter J. Biscontini
**THE BISCONTINI LAW FIRM**
400 Third Avenue, Suite 315
Kingston, PA 19704
Phone: (570) 283-7777
peter@biscontinilaw.com

*Attorneys for Representative Plaintiff and the Plaintiff Class*

*\*Admitted Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 14, 2025, a copy of the foregoing was filed electronically with the Clerk of Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the court's CM/ECF system.

*/s/ Mark T. Freeman*
Mark T. Freeman